IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                                                    ORDER

HUAN NGUYEN,                            07-cr-45-jcs

          Defendants.
_____

On October 19, 2007 amended judgment of conviction was entered in the above entitled matter. On October 19, 2007 defendant filed a notice of appeal with no fee paid.

Defendant's counsel now moves to be appointed counsel on appeal. This motion must be directed to the United States Court of Appeals for the Seventh Circuit.

Counsel also requests that defendant be allowed to proceed <u>in forma pauperis</u> on appeal. This motion cannot be addressed until defendant submits an affidavit or other documentation of indigency.

SO ORDERED this 7th day of December, 2007.

                              BY THE COURT:

                                  /s/
                            _____
                            JOHN C. SHABAZ
                            District Judge